
## Company Information

| Name | Address | Phone |
|---|---|---|
| Chewy, Inc. | 7700 West Sunrise Boulevard<br>Plantation, FL 33322<br>United States of America | +1 (786) 3207111 x4466 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Danielle Davies | 206526 | 05/14/2023 | 05/20/2023 | 05/26/2023 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 32.20 | 716.45 | 64.32 | 103.14 | 12.39 | 536.60 |
| YTD | 868.22 | 20,338.43 | 1,260.72 | 3,427.65 | 143.91 | 15,506.15 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | | | | | 332.00 |
| Overtime | | | | | 2,010.34 |
| PTO | | | | | 567.98 |
| Regular Hourly | 05/14/2023 - 05/20/2023 | 32.20 | 22.25 | 716.45 | 17,428.11 |
| | | | Total: | 716.45 | 20,338.43 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 40.43 | 1,182.82 |
| Medicare | 9.46 | 276.63 |
| Federal Withholding | 25.21 | 1,156.48 |
| State Tax - PA | 20.02 | 585.71 |
| SUI-Employee Paid - PA | 0.50 | 14.24 |
| City Tax - JSSUP | 6.52 | 190.77 |
| PA LST - JSSUP | 1.00 | 21.00 |
| Total: | 103.14 | 3,427.65 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 7.19 | 150.99 |
| Medical | 54.96 | 1,064.16 |
| Vision | 2.17 | 45.57 |
| Total: | 64.32 | 1,260.72 |

## Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Legal Assistance | 3.46 | 10.38 |
| Life Insurance EE | 8.93 | 133.53 |
| Total: | 12.39 | 143.91 |

## Taxable Wages



| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 652.13 | 19,077.71 |
| Medicare - Taxable Wages | 652.13 | 19,077.71 |
| Federal Withholding - Taxable Wages | 652.13 | 19,077.71 |
| State Tax Taxable Wages - PA | 652.13 | 19,077.71 |
| City Tax Taxable Wages - JSSUP | 652.13 | 19,077.71 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| Non-Exempt Paid Time Off | 1.54 | 0.00 | 43.97 |
| PTO Prior Balance | 0.00 | 0.00 | 0.00 |
| Sick Prior Balance | 0.00 | 0.00 | 0.00 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Citizens savings Bank | Citizens | ******9385 | 536.60 | USD |
| | | Total: | 536.60 | |


## Company Information

| Name | Address | Phone |
|---|---|---|
| Chewy, Inc. | 7700 West Sunrise Boulevard<br>Plantation, FL 33322<br>United States of America | +1 (786) 3207111 x4466 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Danielle Davies | 206526 | 05/07/2023 | 05/13/2023 | 05/19/2023 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 38.73 | 861.75 | 64.32 | 136.71 | 12.39 | 648.33 |
| YTD | 836.02 | 19,621.98 | 1,196.40 | 3,324.51 | 131.52 | 14,969.55 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | | | | | 332.00 |
| Overtime | | | | | 2,010.34 |
| PTO | | | | | 567.98 |
| Regular Hourly | 05/07/2023 - 05/13/2023 | 38.73 | 22.25 | 861.75 | 16,711.66 |
| | | | Total: | 861.75 | 19,621.98 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 49.44 | 1,142.39 |
| Medicare | 11.56 | 267.17 |
| Federal Withholding | 41.65 | 1,131.27 |
| State Tax - PA | 24.48 | 565.69 |
| SUI-Employee Paid - PA | 0.61 | 13.74 |
| City Tax - JSSUP | 7.97 | 184.25 |
| PA LST - JSSUP | 1.00 | 20.00 |
| Total: | 136.71 | 3,324.51 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 7.19 | 143.80 |
| Medical | 54.96 | 1,009.20 |
| Vision | 2.17 | 43.40 |
| Total: | 64.32 | 1,196.40 |

## Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Legal Assistance | 3.46 | 6.92 |
| Life Insurance EE | 8.93 | 124.60 |
| Total: | 12.39 | 131.52 |

## Taxable Wages



| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 797.43 | 18,425.58 |
| Medicare - Taxable Wages | 797.43 | 18,425.58 |
| Federal Withholding - Taxable Wages | 797.43 | 18,425.58 |
| State Tax Taxable Wages - PA | 797.43 | 18,425.58 |
| City Tax Taxable Wages - JSSUP | 797.43 | 18,425.58 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| Non-Exempt Paid Time Off | 1.54 | 0.00 | 42.43 |
| PTO Prior Balance | 0.00 | 0.00 | 0.00 |
| Sick Prior Balance | 0.00 | 0.00 | 0.00 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Citizens savings Bank | Citizens | ******9385 | 648.33 | USD |
| | | Total: | 648.33 | |



Chewy, Inc.  7700 West Sunrise Boulevard Plantation, FL 33322  +1 (786) 3207111 x4466
Danielle Davies  419 May St MAYFIELD, PA 18433

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Danielle Davies | Chewy, Inc. | 206526 | 04/30/2023 | 05/06/2023 | 05/12/2023 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 39.15 | 871.09 | 64.32 | 138.94 | 12.39 | 655.44 |
| YTD | 797.29 | 18,760.23 | 1,132.08 | 3,187.80 | 119.13 | 14,321.22 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | 0 | | 332.00 | OASDI | 50.02 | 1,092.95 |
| Overtime | | | 0 | | 2,010.34 | Medicare | 11.70 | 255.61 |
| PTO | | | 0 | | 567.98 | Federal Withholding | 42.77 | 1,089.62 |
| Regular Hourly | 04/30/2023 - 05/06/2023 | 39.15 | 22.25 | 871.09 | 15,849.91 | State Tax - PA | 24.77 | 541.21 |
| | | | | | | SUI-Employee Paid - PA | 0.61 | 13.13 |
| | | | | | | City Tax - JSSUP | 8.07 | 176.28 |
| | | | | | | PA LST - JSSUP | 1.00 | 19.00 |
| Earnings | | | | 871.09 | 18,760.23 | Employee Taxes | 138.94 | 3,187.80 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 7.19 | 136.61 | Legal Assistance | 3.46 | 3.46 |
| Medical | 54.96 | 954.24 | Life Insurance EE | 8.93 | 115.67 |
| Vision | 2.17 | 41.23 | | | |
| Pre-Tax Deductions | 64.32 | 1,132.08 | Employee Post Tax Deductions | 12.39 | 119.13 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 806.77 | 17,628.15 |
| Medicare - Taxable Wages | 806.77 | 17,628.15 |
| Federal Withholding - Taxable Wages | 806.77 | 17,628.15 |
| State Tax Taxable Wages - PA | 806.77 | 17,628.15 |
| City Tax Taxable Wages - JSSUP | 806.77 | 17,628.15 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 0 | 40.89 |
| Additional Withholding | 0 | 0 | PTO Prior Balance | 0 | 0 | 0 |
| | | | Sick Prior Balance | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citizens savings Bank | Citizens | ******9385 | | 655.44  USD |

**Important Notes**
PTO IN ACCORDANCE WITH COMPANY POLICY



Chewy, Inc.   7700 West Sunrise Boulevard Plantation, FL 33322   +1 (786) 3207111 x4466
Danielle Davies   419 May St MAYFIELD, PA 18433

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Danielle Davies | Chewy, Inc. | 206526 | 04/23/2023 | 04/29/2023 | 05/05/2023 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 44.43 | 1,037.86 | 59.32 | 179.80 | 5.93 | 792.81 |
| YTD | 758.14 | 17,889.14 | 1,067.76 | 3,048.86 | 106.74 | 13,665.78 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | | 0 | 332.00 | OASDI | 60.67 | 1,042.93 |
| Overtime | 04/23/2023 - 04/29/2023 | 4.43 | 33.375 | 147.86 | 2,010.34 | Medicare | 14.19 | 243.91 |
| PTO | | | | 0 | 567.98 | Federal Withholding | 63.39 | 1,046.85 |
| Regular Hourly | 04/23/2023 - 04/29/2023 | 40 | 22.25 | 890.00 | 14,978.82 | State Tax - PA | 30.04 | 516.44 |
| | | | | | | SUI-Employee Paid - PA | 0.72 | 12.52 |
| | | | | | | City Tax - JSSUP | 9.79 | 168.21 |
| | | | | | | PA LST - JSSUP | 1.00 | 18.00 |
| Earnings | | | | 1,037.86 | 17,889.14 | Employee Taxes | 179.80 | 3,048.86 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 7.19 | 129.42 | Life Insurance EE | 5.93 | 106.74 |
| Medical | 49.96 | 899.28 | | | |
| Vision | 2.17 | 39.06 | | | |
| Pre-Tax Deductions | 59.32 | 1,067.76 | Employee Post Tax Deductions | 5.93 | 106.74 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 978.54 | 16,821.38 |
| Medicare - Taxable Wages | 978.54 | 16,821.38 |
| Federal Withholding - Taxable Wages | 978.54 | 16,821.38 |
| State Tax Taxable Wages - PA | 978.54 | 16,821.38 |
| City Tax Taxable Wages - JSSUP | 978.54 | 16,821.38 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 0 | 39.35 |
| Additional Withholding | 0 | 0 | PTO Prior Balance | 0 | 0 | 0 |
| | | | Sick Prior Balance | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citizens savings Bank | Citizens | ******9385 | | 792.81 USD |

**Important Notes**

PTO IN ACCORDANCE WITH COMPANY POLICY



Chewy, Inc.  7700 West Sunrise Boulevard Plantation, FL 33322  +1 (786) 3207111 x4466
Danielle Davies  419 May St MAYFIELD, PA 18433

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Danielle Davies | Chewy, Inc. | 206526 | 04/16/2023 | 04/22/2023 | 04/28/2023 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 34.51 | 879.10 | 59.32 | 142.05 | 5.93 | 671.80 |
| YTD | 713.71 | 16,851.28 | 1,008.44 | 2,869.06 | 100.81 | 12,872.97 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | 0 | | 332.00 | OASDI | 50.83 | 982.26 |
| Overtime | | | 0 | | 1,862.48 | Medicare | 11.89 | 229.72 |
| PTO | 04/16/2023 - 04/22/2023 | 5 | 22.25 | 111.25 | 567.98 | Federal Withholding | 44.34 | 983.46 |
| Regular Hourly | 04/16/2023 - 04/22/2023 | 34.51 | 22.25 | 767.85 | 14,088.82 | State Tax - PA | 25.17 | 486.40 |
| | | | | | | SUI-Employee Paid - PA | 0.62 | 11.80 |
| | | | | | | City Tax - JSSUP | 8.20 | 158.42 |
| | | | | | | PA LST - JSSUP | 1.00 | 17.00 |
| Earnings | | | | 879.10 | 16,851.28 | Employee Taxes | 142.05 | 2,869.06 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 7.19 | 122.23 | Life Insurance EE | 5.93 | 100.81 |
| Medical | 49.96 | 849.32 | | | |
| Vision | 2.17 | 36.89 | | | |
| Pre-Tax Deductions | 59.32 | 1,008.44 | Employee Post Tax Deductions | 5.93 | 100.81 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 819.78 | 15,842.84 |
| Medicare - Taxable Wages | 819.78 | 15,842.84 |
| Federal Withholding - Taxable Wages | 819.78 | 15,842.84 |
| State Tax Taxable Wages - PA | 819.78 | 15,842.84 |
| City Tax Taxable Wages - JSSUP | 819.78 | 15,842.84 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 5 | 37.81 |
| Additional Withholding | 0 | 0 | PTO Prior Balance | 0 | 0 | 0 |
| | | | Sick Prior Balance | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Citizens savings Bank | Citizens | ******9385 | | 671.80 | USD |

**Important Notes**

PTO IN ACCORDANCE WITH COMPANY POLICY



Chewy, Inc.  7700 West Sunrise Boulevard Plantation, FL 33322  +1 (786) 3207111 x4466
Danielle Davies  419 May St MAYFIELD, PA 18433

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Danielle Davies | Chewy, Inc. | | 206526 | 04/09/2023 | 04/15/2023 | 04/21/2023 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 41.65 | 934.45 | 59.32 | 155.20 | 5.93 | 714.00 |
| YTD | 679.20 | 15,972.18 | 949.12 | 2,727.01 | 94.88 | 12,201.17 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | | 0 | 332.00 | OASDI | 54.26 | 931.43 |
| Overtime | 04/09/2023 - 04/15/2023 | 1.65 | 33 | 54.45 | 1,862.48 | Medicare | 12.69 | 217.83 |
| PTO | | | | 0 | 456.73 | Federal Withholding | 50.98 | 939.12 |
| Regular Hourly | 04/09/2023 - 04/15/2023 | 40 | 22 | 880.00 | 13,320.97 | State Tax - PA | 26.87 | 461.23 |
| | | | | | | SUI-Employee Paid - PA | 0.65 | 11.18 |
| | | | | | | City Tax - JSSUP | 8.75 | 150.22 |
| | | | | | | PA LST - JSSUP | 1.00 | 16.00 |
| Earnings | | | | 934.45 | 15,972.18 | Employee Taxes | 155.20 | 2,727.01 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 7.19 | 115.04 | Life Insurance EE | 5.93 | 94.88 |
| Medical | 49.96 | 799.36 | | | |
| Vision | 2.17 | 34.72 | | | |
| Pre-Tax Deductions | 59.32 | 949.12 | Employee Post Tax Deductions | 5.93 | 94.88 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 875.13 | 15,023.06 |
| Medicare - Taxable Wages | 875.13 | 15,023.06 |
| Federal Withholding - Taxable Wages | 875.13 | 15,023.06 |
| State Tax Taxable Wages - PA | 875.13 | 15,023.06 |
| City Tax Taxable Wages - JSSUP | 875.13 | 15,023.06 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 0 | 41.27 |
| Additional Withholding | 0 | 0 | PTO Prior Balance | 0 | 0 | 0 |
| | | | Sick Prior Balance | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| FIRST NATL COMMUNITY BANK | FIRST NATL COMMUNITY BANK ******2161 | ******2161 | | 714.00 USD |

**Important Notes**

PTO IN ACCORDANCE WITH COMPANY POLICY



Chewy, Inc. 7700 West Sunrise Boulevard Plantation, FL 33322 +1 (786) 3207111 x4466
Danielle Davies 419 May St MAYFIELD, PA 18433

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Danielle Davies | Chewy, Inc. | | 206526 | 04/02/2023 | 04/08/2023 | 04/14/2023 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 46.25 | 1,086.25 | 59.32 | 191.31 | 5.93 | 829.69 |
| YTD | 637.55 | 15,037.73 | 889.80 | 2,571.81 | 88.95 | 11,487.17 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | | 0 | 332.00 | OASDI | 63.67 | 877.17 |
| Overtime | 04/02/2023 - 04/08/2023 | 6.25 | 33 | 206.25 | 1,808.03 | Medicare | 14.89 | 205.14 |
| PTO | | | | 0 | 456.73 | Federal Withholding | 69.19 | 888.14 |
| Regular Hourly | 04/02/2023 - 04/08/2023 | 40 | 22 | 880.00 | 12,440.97 | State Tax - PA | 31.53 | 434.36 |
| | | | | | | SUI-Employee Paid - PA | 0.76 | 10.53 |
| | | | | | | City Tax - JSSUP | 10.27 | 141.47 |
| | | | | | | PA LST - JSSUP | 1.00 | 15.00 |
| Earnings | | | | 1,086.25 | 15,037.73 | Employee Taxes | 191.31 | 2,571.81 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 7.19 | 107.85 | Life Insurance EE | 5.93 | 88.95 |
| Medical | 49.96 | 749.40 | | | |
| Vision | 2.17 | 32.55 | | | |
| Pre-Tax Deductions | 59.32 | 889.80 | Employee Post Tax Deductions | 5.93 | 88.95 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,026.93 | 14,147.93 |
| Medicare - Taxable Wages | 1,026.93 | 14,147.93 |
| Federal Withholding - Taxable Wages | 1,026.93 | 14,147.93 |
| State Tax Taxable Wages - PA | 1,026.93 | 14,147.93 |
| City Tax Taxable Wages - JSSUP | 1,026.93 | 14,147.93 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 0 | 39.73 |
| Additional Withholding | 0 | 0 | PTO Prior Balance | 0 | 0 | 0 |
| | | | Sick Prior Balance | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| FIRST NATL COMMUNITY BANK | FIRST NATL COMMUNITY BANK ******2161 | ******2161 | | 829.69 USD |

**Important Notes**
PTO IN ACCORDANCE WITH COMPANY POLICY



Chewy, Inc.   7700 West Sunrise Boulevard Plantation, FL 33322   +1 (786) 3207111 x4466
Danielle Davies   419 May St MAYFIELD, PA 18433

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Danielle Davies | Chewy, Inc. | 206526 | 03/26/2023 | 04/01/2023 | 04/07/2023 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 43.54 | 996.82 | 59.32 | 170.03 | 5.93 | 761.54 |
| YTD | 591.30 | 13,951.48 | 830.48 | 2,380.50 | 83.02 | 10,657.48 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | | 0 | 332.00 | OASDI | 58.12 | 813.50 |
| Overtime | 03/26/2023 - 04/01/2023 | 3.54 | 33 | 116.82 | 1,601.78 | Medicare | 13.59 | 190.25 |
| PTO | | | | 0 | 456.73 | Federal Withholding | 58.46 | 818.95 |
| Regular Hourly | 03/26/2023 - 04/01/2023 | 40 | 22 | 880.00 | 11,560.97 | State Tax - PA | 28.78 | 402.83 |
| | | | | | | SUI-Employee Paid - PA | 0.70 | 9.77 |
| | | | | | | City Tax - JSSUP | 9.38 | 131.20 |
| | | | | | | PA LST - JSSUP | 1.00 | 14.00 |
| Earnings | | | | 996.82 | 13,951.48 | Employee Taxes | 170.03 | 2,380.50 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 7.19 | 100.66 | Life Insurance EE | 5.93 | 83.02 |
| Medical | 49.96 | 699.44 | | | |
| Vision | 2.17 | 30.38 | | | |
| Pre-Tax Deductions | 59.32 | 830.48 | Employee Post Tax Deductions | 5.93 | 83.02 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 937.50 | 13,121.00 |
| Medicare - Taxable Wages | 937.50 | 13,121.00 |
| Federal Withholding - Taxable Wages | 937.50 | 13,121.00 |
| State Tax Taxable Wages - PA | 937.50 | 13,121.00 |
| City Tax Taxable Wages - JSSUP | 937.50 | 13,121.00 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 0 | 38.19 |
| Additional Withholding | 0 | 0 | PTO Prior Balance | 0 | 0 | 0 |
| | | | Sick Prior Balance | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| FIRST NATL COMMUNITY BANK | FIRST NATL COMMUNITY BANK ******2161 | ******2161 | | 761.54   USD |

## Important Notes
PTO IN ACCORDANCE WITH COMPANY POLICY



Chewy, Inc.   7700 West Sunrise Boulevard Plantation, FL 33322   +1 (786) 3207111 x4466
Danielle Davies   419 May St MAYFIELD, PA 18433

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Danielle Davies | Chewy, Inc. | 206526 | 03/19/2023 | 03/25/2023 | 03/31/2023 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 37.94 | 922.68 | 59.32 | 152.40 | 5.93 | 705.03 |
| YTD | 547.76 | 12,954.66 | 771.16 | 2,210.47 | 77.09 | 9,895.94 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | 0 | | 332.00 | OASDI | 53.53 | 755.38 |
| Overtime | | | 0 | | 1,484.96 | Medicare | 12.52 | 176.66 |
| PTO | 03/19/2023 - 03/25/2023 | 4 | 22 | 88.00 | 456.73 | Federal Withholding | 49.56 | 760.49 |
| Regular Hourly | 03/19/2023 - 03/25/2023 | 37.94 | 22 | 834.68 | 10,680.97 | State Tax - PA | 26.51 | 374.05 |
| | | | | | | SUI-Employee Paid - PA | 0.65 | 9.07 |
| | | | | | | City Tax - JSSUP | 8.63 | 121.82 |
| | | | | | | PA LST - JSSUP | 1.00 | 13.00 |
| Earnings | | | | 922.68 | 12,954.66 | Employee Taxes | 152.40 | 2,210.47 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 7.19 | 93.47 | Life Insurance EE | 5.93 | 77.09 |
| Medical | 49.96 | 649.48 | | | |
| Vision | 2.17 | 28.21 | | | |
| Pre-Tax Deductions | 59.32 | 771.16 | Employee Post Tax Deductions | 5.93 | 77.09 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 863.36 | 12,183.50 |
| Medicare - Taxable Wages | 863.36 | 12,183.50 |
| Federal Withholding - Taxable Wages | 863.36 | 12,183.50 |
| State Tax Taxable Wages - PA | 863.36 | 12,183.50 |
| City Tax Taxable Wages - JSSUP | 863.36 | 12,183.50 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 4 | 36.65 |
| Additional Withholding | 0 | 0 | PTO Prior Balance | 0 | 0 | 0 |
| | | | Sick Prior Balance | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| FIRST NATL COMMUNITY BANK | FIRST NATL COMMUNITY BANK ******2161 | ******2161 | | 705.03   USD |

**Important Notes**
PTO IN ACCORDANCE WITH COMPANY POLICY