Certificate Number: 13858-PAM-DE-037490144

Bankruptcy Case Number: 23-01194


13858-PAM-DE-037490144

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on June 6, 2023, at 7:22 o'clock PM EDT, Danielle Y Davies completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 6, 2023

By: /s/Rebecca McDaniel

Name: Rebecca McDaniel

Title: Counselor