## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | |
|---|---|
| IN RE:<br>DANIELLE YVETTE DAVIES fka Danielle Y Hanna<br>fka Danielle Yvette Hanna<br>      Debtor | Case No. 5:23-bk-01194-MJC |
| | Chapter 7 |
| Freedom Mortgage Corporation,<br><br>      Movant | |
| vs.<br>DANIELLE YVETTE DAVIES fka Danielle Y Hanna<br>fka Danielle Yvette Hanna<br>      And<br>John J Martin, ESQUIRE (TRUSTEE)<br>      Respondents | 11 U.S.C. §362 |

### NOTICE

Notice is hereby given that:

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| US Bankruptcy Court<br>Max Rosen US Courthouse<br>Bankruptcy Courtroom No. 2<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | Date: July 11, 2023<br><br>Time: 10:00 AM |

Any objection/response to the above-referenced matter must be filed and served on or before June 30, 2023

If service was properly made and Respondents fail to file an objection/response by the above-specified date, the Court may determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**Brock and Scott PLLC**

This is the 16th day of June, 2023.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com