IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | |
|---|---|
| IN RE:<br>DANIELLE YVETTE DAVIES fka Danielle Y Hanna fka Danielle Yvette Hanna<br>　　Debtor | Case No. 5:23-bk-01194-MJC |
| Freedom Mortgage Corporation,<br>　　Movant | Chapter 7 |
| vs.<br>DANIELLE YVETTE DAVIES fka Danielle Y Hanna fka Danielle Yvette Hanna<br>　　And<br>John J Martin, ESQUIRE (TRUSTEE)<br>　　Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay at the addresses shown below or on the attached list on June 16, 2023.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail

Danielle Yvette Davies
419 May St.
Jermyn, PA 18433

Service by Electronic Notification

Brett Freeman
210 Montage Mountain Road
Moosic, PA 18507

John J Martin
1022 Court Street
Honesdale, PA 18431

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail.

This is the 16th day of June, 2023.

> _/s/Mario Hanyon_
> Andrew Spivack, PA Bar No. 84439
> Matt Fissel, PA Bar No. 314567
> Mario Hanyon, PA Bar No. 203993
> Ryan Starks, PA Bar No. 330002
> Jay Jones, PA Bar No. 86657
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 3825 Forrestgate Drive
> Winston Salem, NC 27103
> Telephone: (844) 856-6646
> Facsimile: (704) 369-0760
> E-Mail: PABKR@brockandscott.com