IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | |
|---|---|
| IN RE:<br>DANIELLE YVETTE DAVIES fka Danielle Y Hanna fka Danielle Yvette Hanna<br>    Debtor | Case No. 5:23-bk-01194-MJC |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 7 |
| vs.<br>DANIELLE YVETTE DAVIES fka Danielle Y Hanna fka Danielle Yvette Hanna<br>    And<br>John J Martin, ESQUIRE (TRUSTEE)<br>    Respondents | 11 U.S.C. §362 |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 419 MAY ST, Mayfield, Pennsylvania 18433.**

Upon consideration of Motion for Relief from Automatic Stay, Freedom Mortgage Corporation (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 419 MAY ST, Mayfield, Pennsylvania 18433 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and Freedom Mortgage Corporation may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;