IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | |
|---|---|
| IN RE:<br>DANIELLE YVETTE DAVIES fka Danielle Y Hanna fka Danielle Yvette Hanna<br>    Debtor | Case No. 5:23-bk-01194-MJC |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 7 |
| vs.<br>DANIELLE YVETTE DAVIES fka Danielle Y Hanna fka Danielle Yvette Hanna<br>    And<br>John J Martin, ESQUIRE (TRUSTEE)<br>    Respondents | 11 U.S.C. §362 |

**CERTIFICATE OF NON-CONCURRENCE**

I hereby certify that on June 5, 2023, my office contacted the counsel for Debtor and the Trustee to obtain an agreement as to the attached Motion for Relief being filed on behalf of Freedom Mortgage Corporation.

I request that an answer date be scheduled for the disposition of the above-captioned Motion for Relief.

This is the 16th day of June, 2023.

    */s/Mario Hanyon*
    Andrew Spivack, PA Bar No. 84439
    Matt Fissel, PA Bar No. 314567
    Mario Hanyon, PA Bar No. 203993
    Ryan Starks, PA Bar No. 330002
    Jay Jones, PA Bar No. 86657
    Attorney for Creditor
    BROCK & SCOTT, PLLC
    3825 Forrestgate Drive
    Winston Salem, NC 27103
    Telephone: (844) 856-6646
    Facsimile: (704) 369-0760
    E-Mail: PABKR@brockandscott.com