IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DANIELLE YVETTE DAVIES<br>　　　　Debtor | Chapter 7 |
| Freedom Mortgage Corporation,<br>　　　　Movant | Case No. 5:23-bk-1194-MJC |
| v. | |
| Danielle Yvette Davies<br>　　and<br>John J. Martin (Trustee)<br>　　　　Respondents | |

**CERTIFICATE OF SERVICE**

　　I hereby certify that Debtor's Answer to Freedom Mortgage Corporation's Motion for Relief is being served via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　*s/ Brett M. Freeman*
　　　　　　　　　　　　　　　　　　Brett M. Freeman
　　　　　　　　　　　　　　　　　　Bar Number PA 308834
　　　　　　　　　　　　　　　　　　FREEMAN LAW
　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　210 Montage Mountain Road
　　　　　　　　　　　　　　　　　　Moosic, PA 18507
　　　　　　　　　　　　　　　　　　P: (570) 589-0010
　　　　　　　　　　　　　　　　　　F: (570) 456-5955
　　　　　　　　　　　　　　　　　　brett@freeman.law