IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>DANIELLE YVETTE DAVIES<br>fka Danielle Y Hanna<br>fka Danielle Yvette Hanna | Case No. 5:23-bk-01194-MJC<br><br>Chapter 7 |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>DANIELLE YVETTE DAVIES<br>fka Danielle Y Hanna<br>fka Danielle Yvette Hanna ,<br>    Debtor<br>John J Martin<br>    Respondent | |

**WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

    Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its Motion for Relief from Automatic Stay (Doc. No. 13) filed on June 16, 2023. Loan has been brought current.

This 5th day of July, 2023.

                                                                 */s/Mario Hanyon*
                                                                 Andrew Spivack, PA Bar No. 84439
                                                                 Matt Fissel, PA Bar No. 314567
                                                                Mario Hanyon, PA Bar No. 203993
                                                                Ryan Starks, PA Bar No. 330002
                                                                Jay Jones, PA Bar No. 86657
                                                                Attorney for Creditor
                                                               BROCK & SCOTT, PLLC
                                                               3825 Forrestgate Drive
                                                               Winston Salem, NC 27103
                                                               Telephone: (844) 856-6646
                                                               Facsimile: (704) 369-0760
                                                               E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>DANIELLE YVETTE DAVIES<br>fka Danielle Y Hanna<br>fka Danielle Yvette Hanna | Case No. 5:23-bk-01194-MJC |
| Freedom Mortgage Corporation,<br><br>    Movant<br><br>vs.<br><br>DANIELLE YVETTE DAVIES<br>fka Danielle Y Hanna<br>fka Danielle Yvette Hanna ,<br>    Debtor<br>John J Martin<br>    Respondent | Chapter 7 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Brett Freeman, Debtor's Attorney
210 Montage Mountain Road
Moosic, PA 18507
brett@freeman.law


John J Martin, Bankruptcy Trustee
1022 Court Street
Honesdale, PA 18431

United States Trustee, US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101


Via First Class Mail:

DANIELLE YVETTE DAVIES
419 MAY ST.
JERMYN, PA 18433


Date: July 6, 2023

                                           */s/Mario Hanyon*
                                           Andrew Spivack, PA Bar No. 84439
                                           Matt Fissel, PA Bar No. 314567
                                           Mario Hanyon, PA Bar No. 203993
                                           Ryan Starks, PA Bar No. 330002
                                           Jay Jones, PA Bar No. 86657
                                           Attorney for Creditor
                                           BROCK & SCOTT, PLLC
                                           3825 Forrestgate Drive
                                           Winston Salem, NC 27103
                                           Telephone: (844) 856-6646
                                           Facsimile: (704) 369-0760
                                           E-Mail: PABKR@brockandscott.com