# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Danielle Yvette Davies,<br>    Debtor | Case No. 5:23-bk-1194-MJC |
| Danielle Yvette Davies,<br>    Movant | |
|   vs. | |
| TD Bank USA, N.A.,<br>    Respondent | |

## DEBTOR'S MOTION TO AVOID LIEN OF TD BANK USA, N.A.

1. Debtor, Danielle Davies, commenced this case on May 30, 2023, by filing the above-numbered voluntary petition for relief under Chapter 7 of Title 11 of the United States Code.

2. This motion is filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel a judicial lien on real property used as the Debtor's residence.

3. On or about May 22, 2023, Respondent obtained a judicial lien on the real property used as Debtor's residence at 419 May St., Mayfield, PA 18433 ("the Residence"). The judgment was entered in Lackawanna County at Docket Number 2023-cv-2164 in the amount of $3,720.20.

4. Debtor's interest the Residence has been claimed as fully exempt in the bankruptcy case.

5. The existence of the lien of Respondent on Debtor's property would impair exemptions to which the debtor would be entitled under 11 U.S.C. § 522(b).

6. Respondent's lien does not secure a debt for a domestic support obligation.

  WHEREFORE, Debtor respectfully requests an Order canceling Respondent's lien, and for such additional or alternative relief as may be just and proper.

                    *s/ Brett M. Freeman*
                    Brett M. Freeman

Bar Number PA 308834
FREEMAN LAW
Attorney for Debtor/Movant
210 Montage Mountain Road
Moosic, PA 18507
P: (570) 589-0010
F: (570) 456-5955
brett@freeman.law