IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Danielle Yvette Davies,<br>    Debtor | Case No. 5:23-bk-1194-MJC |
| Danielle Yvette Davies,<br>    Movant | |
|   vs. | |
| TD Bank USA, N.A.,<br>    Respondent | |

**ORDER**

Upon consideration of Debtor's Motion to Avoid Lien, it is hereby ORDERED that the motion is GRANTED. The judicial lien entered in favor of TD Bank USA, N.A. on Debtor's real estate at 419 May St., Mayfield, PA 18433 entered of record in Lackawanna County at Docket Number 2023-cv-2164 is canceled and is of no effect.