## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Danielle Yvette Davies,<br>                    Debtor | Case No.  5:23-bk-1194-MJC |
| Danielle Yvette Davies,<br>                    Movant | |
|           vs. | |
| Discover Bank,<br>                    Respondent | |

## NOTICE

The Debtor filed *Debtor's Motion to Avoid Lien of Discover Bank* on July 25, 2023.

If you object to the relief requested, you must file your objection/response within 21 days from the date of this notice with the Clerk of Bankruptcy Court at the Max Rosenn U.S. Courthouse, 197 South Main St., Room 274, Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: July 25, 2023

                                                            *s/ Brett M. Freeman*
                                                            Brett M. Freeman
                                                            Bar Number PA 308834
                                                            FREEMAN LAW
                                                            Attorney for Debtor/Movant
                                                            210 Montage Mountain Road
                                                            Moosic, PA 18507
                                                            P: (570) 589-0010
                                                            F: (570) 456-5955
                                                            brett@freeman.law