IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Danielle Yvette Davies,<br>　　　　　　Debtor<br><br>Danielle Yvette Davies,<br>　　　　　　Movant<br><br>　　vs.<br><br>Discover Bank,<br>　　　　　　Respondent | Chapter 7<br><br>Case No. 5:23-bk-1194-MJC |

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 25, 2023, I served a copy of Debtor's Motion to Avoid Lien of Discover Bank, the proposed order, and the corresponding notice on the following parties in this matter:

| *Name and Address* | *Mode of Service* |
|---|---|
| Officer, Managing, or General Agent<br>Discover Bank<br>502 E. Market St.<br>Greenwood, DE 19950 | United States First Class<br>Mail, Postage Prepaid |
| Michael Dougherty, Esq.<br>Weltman, Weinberg, & Reis Co., LPA<br>170 S. Independence Mall W., Suite 874W<br>Philadelphia, PA 19106 | United States First Class<br>Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 25, 2023

　　　　　　　　　　　　　　　　　　　　*s/ Brett M. Freeman*
　　　　　　　　　　　　　　　　　　　　Brett M. Freeman
　　　　　　　　　　　　　　　　　　　　Bar Number PA 308834
　　　　　　　　　　　　　　　　　　　　FREEMAN LAW
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor/Movant

210 Montage Mountain Road
Moosic, PA 18507
P: (570) 589-0010
F: (570) 456-5955
brett@freeman.law