IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Danielle Yvette Davies,<br>    Debtor<br><br>Danielle Yvette Davies,<br>    Movant<br><br>  vs.<br><br>TD Bank USA, N.A.,<br>    Respondent | Chapter 7<br><br>Case No. 5:23-bk-1194-MJC |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 25, 2023, I served a copy of Debtor's Motion to Avoid Lien of TD Bank USA, N.A., the proposed order, and the corresponding notice on the following parties in this matter:

| *Name and Address* | *Mode of Service* |
|---|---|
| Officer, Managing, or General Agent<br>TD Bank USA, N.A.<br>2035 Limestone Road<br>Wilmington, DE 19808 | United States First Class Mail, Postage Prepaid |
| Gregg Morris, Esq.<br>Patenaude & Felix, A.P.C.<br>501 Corporate Drive<br>Southpointe Center – Suite 205<br>Canonsburg, PA 15317 | United States First Class Mail, Postage Prepaid |
| Leo Salom, CEO<br>TD Bank USA, N.A.<br>2035 Limestone Road<br>Wilmington, DE 19808 | Certified Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 25, 2023                *s/ Brett M. Freeman*

Brett M. Freeman
Bar Number PA 308834
FREEMAN LAW
Attorney for Debtor/Movant
210 Montage Mountain Road
Moosic, PA 18507
P: (570) 589-0010
F: (570) 456-5955
brett@freeman.law