IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Danielle Yvette Davies,<br>　　　　　　Debtor | Case No. 5:23-bk-1194-MJC |
| Danielle Yvette Davies,<br>　　　　　　Movant | |
| vs. | |
| Discover Bank,<br>　　　　　　Respondent | |

## ORDER GRANTING MOTION TO AVOID LIEN

Upon Motion of the Debtor to avoid a judicial lien held by Discover Bank ("Respondent") in the real property of the Debtor located at 419 May Street, Mayfield, Lackawanna County, Pennsylvania (" Real Property");

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at the Lackawanna County Court of Common Pleas at Docket #2022-CV-1136 is subject to avoidance pursuant to 11 U.S.C. §522(f);

**AND**, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, against the Real Property of the Debtor is **AVOIDED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 25, 2023