United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                       Case No. 23-01194-MJC
Danielle Yvette Davies                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                             Page 1 of 2
Date Rcvd: Aug 25, 2023                  Form ID: pdf010                         Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5544378 | + | Michael Dougherty, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: mrdiscen@discover.com | Aug 25 2023 18:34:00 | DISCOVER BANK, ATTN: OFFICER, MANAGING OR GENERAL AGENT, 502 E MARKET ST, GREENWOOD, DE 19950-9700 |
| 5544378 | + | Email/Text: PHILAW@weltman.com | Aug 25 2023 18:34:00 | Michael Dougherty, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023                        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett Freeman | on behalf of Debtor 1 Danielle Yvette Davies brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Danielle Yvette Davies,<br>    Debtor<br><br>Danielle Yvette Davies,<br>    Movant<br><br>  vs.<br><br>Discover Bank,<br>    Respondent | Chapter 7<br><br>Case No. 5:23-bk-1194-MJC |

### ORDER GRANTING MOTION TO AVOID LIEN

Upon Motion of the Debtor to avoid a judicial lien held by Discover Bank ("Respondent") in the real property of the Debtor located at 419 May Street, Mayfield, Lackawanna County, Pennsylvania (" Real Property");

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at the Lackawanna County Court of Common Pleas at Docket #2022-CV-1136 is subject to avoidance pursuant to 11 U.S.C. §522(f);

**AND**, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, against the Real Property of the Debtor is **AVOIDED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 25, 2023