In re:  Case No. 23-01194-MJC

Danielle Yvette Davies  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2023 | Form ID: 318 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Yvette Davies, 419 May St., Jermyn, PA 18433-2127 |
| 5544359 | + | Carrie Gerding, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 5544366 | + | Earl Chubb, 419 May St., Jermyn, PA 18433-2127 |
| 5544368 | + | FNCB Bank, 102 E. Drinker St., Dunmore, PA 18512-2432 |
| 5544371 | + | Freeman Law, 210 Montage Mountain Road, Moosic, PA 18507-1787 |
| 5544374 | + | Kristina Homoleski, PO Box 2121, Warren, MI 48090-2121 |
| 5544375 | + | Lackawanna County Court of Common Pleas, 200 North Washington Ave., Scranton, PA 18503-1596 |
| 5544376 | + | Lackawanna River Basin Sewer Authority, PO Box 280, Olyphant, PA 18447-0280 |
| 5544378 | + | Michael Dougherty, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |
| 5544385 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 07 2023 18:41:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5544358 | + | EDI: CITICORP.COM | Sep 07 2023 22:38:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5544360 | + | Email/Text: bankruptcy@cavps.com | Sep 07 2023 18:41:00 | Cavalry Portfolio Services, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 5544361 | + | Email/Text: bankruptcy@cavps.com | Sep 07 2023 18:41:00 | Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 5544362 | + | EDI: WFNNB.COM | Sep 07 2023 22:38:00 | Comenity, PO Box 182120, Columbus, OH 43218-2120 |
| 5544363 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 07 2023 18:41:00 | Consumer Portfolio Services, Inc., PO Box 57071, Irvine, CA 92619-7071 |
| 5544364 | | EDI: DISCOVER.COM | Sep 07 2023 22:38:00 | Discover Bank, 6500 New Albany Road E., New Albany, OH 43054 |
| 5544365 | + | EDI: DISCOVER.COM | Sep 07 2023 22:38:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5544367 | + | EDI: AMINFOFP.COM | Sep 07 2023 22:38:00 | First Premier, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 5544369 | + | Email/Text: EBNBKNOT@ford.com | Sep 07 2023 18:41:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 5544370 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 07 2023 18:41:00 | Freedom Mortrgage, PO Box 619063, Dallas, TX 75261-9063 |
| 5544372 | + | Email/Text: paparalegals@pandf.us | Sep 07 2023 18:41:00 | Gregg Morris, 501 Corporate Drive, Southpointe Center Suite 205, Canonsburg, PA 15317-8584 |
| 5544373 | | EDI: JPMORGANCHASE | Sep 07 2023 22:38:00 | JP Morgan Chase, PO Box 15369, Wilmington, |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | DE 19850 |
| 5544377 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 07 2023 18:41:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5544378 | + | Email/Text: PHILAW@weltman.com | Sep 07 2023 18:41:00 | Michael Dougherty, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |
| 5544379 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2023 18:41:00 | Midland Credit Management, Inc., 320 E. Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 5544380 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2023 18:41:00 | Midland Credit Management, Inc., PO Box 2121, Warren, MI 48090-2121 |
| 5544381 | + | EDI: AGFINANCE.COM | Sep 07 2023 22:38:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5544384 | | EDI: PRA.COM | Sep 07 2023 22:38:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5544383 | | EDI: PRA.COM | Sep 07 2023 22:38:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 5544382 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 07 2023 18:41:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5544783 | | EDI: PENNDEPTREV | Sep 07 2023 22:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5544783 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5544386 | | EDI: AISSPRINT | Sep 07 2023 22:38:00 | Sprint, 6200 Sprint Parkway, Shawnee Mission, KS 66251 |
| 5544387 | + | EDI: RMSC.COM | Sep 07 2023 22:38:00 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 5544388 | + | EDI: WTRRNBANK.COM | Sep 07 2023 22:38:00 | TD Bank USA, N.A., PO Box 673, Minneapolis, MN 55440-0673 |
| 5544389 | + | Email/Text: bankruptcy@bbandt.com | Sep 07 2023 18:41:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2023          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett Freeman | on behalf of Debtor 1 Danielle Yvette Davies brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Danielle Yvette Davies<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7171<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:23-bk-01194-MJC | |

# Order of Discharge                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Danielle Yvette Davies
fka Danielle Y Hanna, fka Danielle Yvette Hanna

9/7/23

**By the court:**

_Mark J. Conway_
Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318              **Order of Discharge**                 page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2